IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS MURPHY et al.,

Plaintiffs,

v. Case No. 1:24-cv-00963-DHU-LF

TAOS BOARD OF COUNTY COMMISSIONERS et al.,

Defendants.

**ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT**

Some of the parties in this matter have reached a negotiated resolution. The case has settled with respect to all claims against the Regents of the University of New Mexico and Taylor Gwinn in her individual and official capacity as an investigator for the New Mexico Office of the Medical Investigator. (The claims against Taylor Gwinn in her individual and official capacity as a law enforcement officer remain.)

IT IS THEREFORE ORDERED that closing documents must be filed with respect to all claims against the Regents of the University of New Mexico and Taylor Gwinn in her individual and official capacity as an investigator for the New Mexico Office of the Medical Investigator no later than **Monday, November 30, 2026**, absent a written motion showing good cause for an extension.

Laura Fashing
United States Magistrate Judge